# UNITED STATES DISTRICT COURT
## District of New Jersey

UNITED STATES OF AMERICA

v.  Case Number   3:11-mj-5002-01(TJB)

CHAZ MATHIS

Defendant.

## JUDGMENT IN A CRIMINAL CASE
(For Revocation of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

The defendant, CHAZ MATHIS, was represented by Andrea Bergman, AFPD.

Violation number 1 has been dismissed.

The defendant admitted guilt to violation number 2 as stated on the violation petition. Accordingly, the court has adjudicated that the defendant is guilty of the following violation:

| Violation Number | Nature of Violation |
|---|---|
| 2 | 'Failure to answer inquiries or follow instructions' |

As pronounced on October 17, 2013, the defendant is sentenced as provided in pages 2 through 2 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances. Unless modified by this judgment, all fines, restitution, costs, and special assessments previously imposed in the judgment filed on June 6, 2011 remain in full force and effect, if not already paid.

Signed this the  17th  day of October, 2013.

DOUGLAS E. ARPERT
United States Magistrate Judge

RECEIVED
OCT 17 2013
AT 8:30_____M
WILLIAM T. WALSH CLERK

Defendant: CHAZ MATHIS
Case Number: 3:11-mj-5002-01(TJB)

## PROBATION

It is ordered and adjudged that the offender's term of probation be extended for a period of 90 days subject to all previously imposed standard and special conditions and shall comply with the following modified/additional special condition:

COMMUNITY SERVICE (150 hours during term of probation)

You shall contribute 150 hours of community service work during term of probation or less, from the date supervision commences. Such service shall be without compensation, with the specific work placement to be approved by the U.S. Probation Office.

---

*For Official Use Only - - - U.S. Probation Office*

Upon a finding of a violation of probation or supervised release, I understand that the Court may (1) revoke supervision or (2) extend the term of supervision and/or modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions, and have been provided a copy of them.

You shall carry out all rules, in addition to the above, as prescribed by the Chief U.S. Probation Officer, or any of his associate Probation Officers.

(Signed) _____
　　　　　　　　　Defendant　　　　　　　　　　Date

_____
U.S. Probation Officer/Designated Witness　　　Date